UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAGICFIRE, INC.,<br><br>                    Plaintiff,<br>v.<br><br>FIREWORKS BY GRUCCI, INC.,<br><br>                    Defendant. | Civil Action No.:  1:16-cv-10129-NMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate as follows:  (1) Plaintiff MagicFire, Inc. dismisses its Complaint including all asserted Counts in the above-captioned action with prejudice; and (2) each party will bear its own costs and attorney fees.

Dated:  September 26, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Brendan T. St. Amant | /s/ John J. Cotter |
| Brendan T. St. Amant (BBO #672619) | John J. Cotter (BBO#554524) |
| **DONNELLY, CONROY & GELHAAR, LLP** | Andrea B. Reed (BBO#672321) |
| 260 Franklin Street, Suite 1600 | **K&L GATES LLP** |
| Boston, Massachusetts 02110 | State Street Financial Center |
| Telephone:  (617) 720-2880 | One Lincoln Street |
| bts@dcglaw.com | Boston, MA 02111-2950 |
| | Telephone:  (617) 261-3100 |
| | Facsimile:  (617) 261-3175 |
| *Counsel for Plaintiff MagicFire, Inc.* | john.cotter@klgates.com |
| | andrea.reed@klgates.com |
| | |
| | *Counsel for Defendant*<br>*Fireworks by Grucci, Inc.* |

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document filed September 26, 2016, through the Electronic Case Filing ("ECF") system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

                                              */s/ John J. Cotter*
                                              John J. Cotter (BBO#554524)